## RAMSEY v. BAKER et al.

No. 4058.  Opinion Filed April 13, 1915.

(148 Pac. 94.)

**APPEAL AND ERROR—Dismissal—Failure to File Brief.** Where plaintiff in error has filed no brief, as required by rule 7 of this court 38 Okla. vi, 137 Pac. ix,) the appeal will be dismissed for want of prosecution.

(Syllabus by Rittenhouse, C.)

*Error from District Court, Coal County;*

*Robt. M. Rainey, Judge.*

Action by Frank Baker against the Oklahoma Central Railway Company, a corporation, and others. Judgment for plaintiff and defendant Asa E. Ramsey, as receiver of the Oklahoma Central Railway Company, a corporation, brings error. Dismissed.

*J. G. Ralls* and *Fooshee & Brunson,* for plaintiff in error.

*Dorset Carter,* for defendant in error.

RITTENHOUSE, C. The petition in error and the transcript of the record in this case was filed in this court on June 8, 1912. Neither party has filed a brief, nor have they offered

any excuse for the failure to do so. It is evident that the proceedings have been abandoned.

The petition in error should therefore be dismissed for want of prosecution, under rule 7 of this court (38 Okla. vi, 137 Pac. ix). *Nicholson v. Barnes*, 42 Okla. 250, 140 Pac. 1155.

By the Court: It is so ordered.